# IN THE SUPREME COURT OF THE STATE OF NEVADA

ZIA AKHTAR,
Petitioner,
vs.
THE STATE BAR OF NEVADA,
Respondent.

No. 81055

**FILED**

MAY 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This pro se petition was docketed in this court on April 22, 2020, without payment of the requisite filing fee. On that same day a notice was issued directing petitioner to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days without leave to proceed in forma pauperis would result in the dismissal of this petition. To date, petitioner has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Harriet Cummings

cc: Zia Akhtar
State Bar of Nevada/Las Vegas

20-18563